UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

SEALED

26-6025 MJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**** GREGORY VERNON and<br>STEVEN DALE LANDOS, ****<br>a/k/a "Steve",<br><br>Defendants. | CR 25-50110<br><br>REDACTED SUPERSEDING INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance<br>(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846) |

The Grand Jury charges:

Beginning on an unknown date and continuing until on or about June 3, 2025, in the District of South Dakota and elsewhere, defendants, Gregory Vernon and Steven Dale Landos, a/k/a "Steve", knowingly and intentionally combined, conspired, confederated, and agreed together and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS JR.
United States Attorney

By: _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>Steven Dale Landos, a/k/a "Steve"<br>_Defendant_ | )<br>)  Case No. 5:25-50110<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Steven Dale Landos, a/k/a "Steve"                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance   21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846

Date:   01/22/2026

_Issuing officer's signature_

City and state:   Rapid City, South Dakota

Matthew W. Thelen, Clerk of Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____
                                                            _Arresting officer's signature_

                                                            _____
                                                            _Printed name and title_

cc: USMS
Kle